UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DESHAWN BARNES, | No. 2:21-cv-2101 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF TREASURY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a complete application to proceed in forma pauperis or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit a properly completed request to proceed in forma pauperis or to submit the required fees.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis on the form provided by the Clerk of Court,

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1 | or the required fees in the amount of $402.00; plaintiff's failure to comply with this
2 | order will result in a recommendation that this action be dismissed; and
3 |     3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
4 | Forma Pauperis By a Prisoner.
5 | Dated:  March 22, 2022

*[Signature]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
barn2101.3a(CDCR)